HAROLD J. DAW ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF
WESTPORT ET AL.

The defendant Totney Benson's petition for certification for appeal from the Appellate Court, 63 Conn. App. 176 (AC 20334), is denied.

*Robert A. Fuller*, in support of the petition.

*Thomas M. Geisler, Jr.*, in opposition.

Decided June 14, 2001

LAWRENCE PUCHALSKY *v.* THEODORE
RAPPAHAHN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 72 (AC 20538), is denied.

*Robert M. Fitzgerald*, in support of the petition.

*Nancy S. Rosenbaum*, in opposition.

Decided June 14, 2001